UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN BURTON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CRYSTAL BENSON, RENEE COOPER, STEVE HOLMES, and D.O.C.,<br><br>　　　　　　　　Defendants. | NO. CV-10-52-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, DENYING PENDING MOTIONS AS MOOT, AND DISMISSING ACTION |

　　Magistrate Judge Imbrogno filed a Report and Recommendation on April 23, 2010, recommending Mr. Burton's Application to Proceed *in forma pauperis* be denied under 28 U.S.C. § 1915(g). Mr. Burton has filed at least three other actions which were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted, and he made no allegation in his complaint of imminent danger of serious physical injury. There being no objections, the court **ADOPTS** the Report and Recommendation. The Application to Proceed *in forma pauperis* (Ct. Rec. 2) is **DENIED.**

　　Plaintiff did not pay the filing fee of $350.00 within twenty one days as directed. Therefore, **IT IS ORDERED** this action is **DISMISSED without prejudice** for failure to comply with 28 U.S.C. § 1914(a). **IT IS FURTHER ORDERED** all pending motions are **DENIED as moot.**

　　**IT IS SO ORDERED**. The District Court Executive is directed to enter this

ORDER DISMISSING ACTION -- 1

1  Order, enter judgment of dismissal, forward copies to Plaintiff and close the file.  The
2  court certifies any appeal of this dismissal would not be taken in good faith.
3      **DATED** this___19th____day of May 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

28  ORDER DISMISSING ACTION -- 2